**DISMISS; and Opinion Filed May 20, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00588-CR**

**NICHOLAS PHILIP YUKICH III, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82747-2011**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Fillmore

Nicholas Philip Yukich III pleaded guilty to felony driving while intoxicated. Pursuant to a plea agreement, the trial court assessed punishment at six years' imprisonment, probated for four years, and a $360 fine. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that appellant waived his right to appeal and that the case involves a plea bargain and appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
Tex. R. App. P. 47
130588F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NICHOLAS PHILIP YUKICH III,
Appellant

No. 05-13-00588-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-82747-2011.
Opinion delivered by Justice Fillmore,
Justices O'Neill and Francis participating.

    Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 20th day of May, 2013.


/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE

–2–